UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DONALD MEYERS,**<br><br>                    Plaintiff,<br><br>         -against-<br><br>**RESIDENTIAL MANAGEMENT SERVICES, INC.,**<br><br>                    Defendant. | Case No.: 3:22-CV-01504-RNC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**<br><br>FEBRUARY 6, 2024 |

**IT IS HEREBY STIPULATED** and agreed by, and between the undersigned attorneys for the parties, that Plaintiff's Complaint and any and all claims that were asserted in this action are hereby dismissed in their entirety, with prejudice, without costs to either party.

Dated: March 11, 2024

/s/ Christopher J. Berlingieri, Esq.
Christopher J. Berlingieri, Esq.(ct30335)
BERLINGIERI LAW, PLLC
244 Fifth Avenue, Suite F276
New York, NY  10001
347.766.5185
cjb@nyctlaw.com

*Counsel for Plaintiff*

/s/ Jonathan Shapiro, Esq.
Jonathan Shapiro, Esq.
AETON LAW PARTNERS, LLP
jms@aetonlaw.com
311 Centerpoint Drive
Middletown, CT 06457
jms@aetonlaw.com

*Counsel for Defendant*